UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60914-CIV-ZLOCH

MATSCO, a division of WELLS
FARGO BANK, N.A.,

    Plaintiff,

vs.                          **FINAL ORDER OF DISMISSAL**

GABRIEL MANU DVM, P.A., and
GABRIEL MANU,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion To Enter Agreed Order Of Dismissal (DE 20) filed herein by all Parties, which the Court construes as a Joint Stipulation Of Dismissal. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** the Joint Motion To Enter Agreed Order Of Dismissal (DE 20) filed herein by all Parties, which the Court construes as a Joint Stipulation Of Dismissal, be and the same is hereby approved, adopted and ratified by the Court as follows:

    1. To the extent the instant Joint Stipulation seeks an order of dismissal without prejudice, it be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice, each Party to bear its own fees and costs;

    3. In all other respects, the Court **DECLINES** to approve, adopt and ratify the Joint Motion To Enter Agreed Order Of Dismissal (DE 20) filed herein by all Parties, which the Court construes as a Joint Stipulation Of Dismissal;

4. The Court specifically **DECLINES** to retain jurisdiction over the above-styled cause; and

5. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   7th    day of October, 2008.

                                        WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:

All Counsel of Record